ROBERT GRAFTON, Respondent, *v.* JOHN O. BALL,
Appellant.

Reported below, 164 App. Div. 70.
(Submitted March 12, 1917; decided March 20, 1917.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered October 16, 1914, which
reversed an order of the court at a Trial Term setting
aside a verdict and granted a new trial and reinstated
said verdict in an action on contract.

The motion was made upon the ground that the Court
of Appeals had no jurisdiction to review the order
appealed from, it being discretionary.

*John B. Johnson* for motion.

*A. P. Bachman* opposed.

Motion denied, with ten dollars costs.